lant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CARL N. HUBER, Respondent v. THOMAS J. WATERS, Appellant. (Case No. 1.) — Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that there is a slight preponderance of number of witnesses as to the facts relating to the accident itself whose convenience will be served by a change of place of trial to Cayuga county and the accident occurred there. Under such circumstances the trial should take place in that county. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CARL N. HUBER, Respondent, v. THOMAS J. WATERS, Appellant. (Case No. 2.) — Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that there is a slight preponderance of number of witnesses as to the facts relating to the accident itself whose convenience will be served by a change of place of trial to Cayuga county and the accident occurred there. Under such circumstances the trial should take place in that county. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLARA E. HUBER, Respondent, v. THOMAS J. WATERS, Appellant.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that there is a slight preponderance of number of witnesses as to the facts relating to the accident itself whose convenience will be served by a change of place of trial to Cayuga county and the accident occurred there. Under such circumstances the trial should take place in that county. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BERNICE MASTERMAN, Respondent, v. THOMAS J. WATERS, Appellant.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, upon the ground that there is a slight preponderance of number of witnesses as to the facts relating to the accident itself whose convenience will be served by a change of place of trial to Cayuga county and the accident occurred there. Under such circumstances the trial should take place in that county. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES BIRD, Appellant, v. MORRIS ARMON and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY KUHN, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

DOMINICK CONCOLINO, an Infant, etc., Respondent, v. CARL G. KUNZELMAN, Respondent, and THOMAS DIXON, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that plaintiff's disobedience of the provisions of section 88, subdivision 3, of the Vehicle and Traffic Law ■ was negligence as matter of law contributing to the accident, and in any event the verdict▮ exonerating the plaintiff from contributory